A091 (Rev. 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

JUN 14 2005

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## *SOUTHERN DISTRICT OF TEXAS*

UNITED STATES OF AMERICA
V.
**Lorenzo LOPEZ**

**CRIMINAL COMPLAINT**

Case Number: C-05-365M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **6/13/2005** (Date) in **Kleberg** County, in the Southern District of Texas, the defendant(s) **Lorenzo LOPEZ**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Special Agent** (Official Title) and that this complaint is based on the following facts:

See Attached Affidavit of ICE Special Agent **Javier A. Vela**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

**Javier A. Vela**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**June 14, 2005** at **Corpus Christi, Texas**
Date — City and State

**Brian L. Owsley U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

On 06/13/2005, Senior Patrol Agent, Antonio Marin was assigned patrol duties on State Highway 285 near Riviera, Texas, along with Patrol Agent Reynaldo Garcia. At approximately 0515 hours, while observing traffic near the entrance to the Santa Rosa Ranch, located approximately 6 miles west of Riviera, Texas, Agents Marin and Garcia observed two suspicious vehicles traveling east on Highway 285 towards Riviera, Texas. Both vehicles were traveling close to each other as if they were following one another. The first vehicle was a newer model blue Ford Focus with dark tinted windows. The second was a green GMC Yukon, displaying Texas license plate Y05-CXL. Agents observed both vehicles were riding low as if carrying an excessive heavy load and noticed they were the only two vehicles in sight on the highway. In their experience, agents recognized this area of Highway 285 as an area notorious for picking up undocumented aliens along the highway after being guided through the brush in an attempt to circumvent the Border Patrol Checkpoint near Sarita, Texas.

As BP Agents drove behind the green GMC, they could see a visible front right passenger. Agents continued traveling behind the GMC still traveling east on Highway 285 and observed both vehicles accelerated from approximately 55 miles per hour (initial speed when agents got behind them) to 78 miles per hour, as if attempting to get away from view. When Agents arrived at the intersection of Highway 285 and Highway 77 in Riviera, Texas, both vehicles came to a stop at the traffic light. Agents proceeded to stop next to the GMC on the right lane, as both vehicles were on the left turning lane. Being a well-lit area, Agents immediately observed a number of people lying on the rear seats, stacked on top of each other, attempting to hide from view. Agents also observed the driver was a male subject and the front right passenger, a female.

Once the traffic light changed to green, Agents positioned their patrol unit behind the GMC and proceeded to conduct a traffic stop, in order to perform immigration inspections of all the occupants. The GMC drove into the parking lot of the Wright Stop Convenience Store located at Highways 77 and 285, where it came to a complete stop. The driver, Lorenzo LOPEZ, immediately exited the driver's side and attempted to walk inside the store before agents could get out of their patrol unit. BPA Marin proceeded to make contact with LOPEZ and BPA Garcia proceeded to contact the occupants of the vehicle.

As BPA Marin questioned the driver as to his citizenship, BPA Garcia informed BPA Marin the vehicle driven by LOPEZ was positive for alien smuggling. BPA Marin immediately arrested LOPEZ for alien smuggling. As BPA Marin advised LOPEZ the reason why he was being placed under arrest, LOPEZ repeatedly uttered the following: "Sir please don't arrest me. Is there anyway you can help me out? I can't go back to prison. I just served 5 years for Aggravated Robbery. "Please sir, my wife has nothing to do with this, I was only trying to make some money because I can't find a job. Nobody wants to hire an ex-convict like me, Sir, please don't arrest me". LOPEZ further stated, "You got the wrong person, Sir, you should have pulled over the small car in front of me,

I was following him. He also has a lot of people inside the car. Sir, I can help you, Sir, please don't arrest me." BPA Marin continued to calm LOPEZ down as he handcuffed him and escorted him to his patrol unit unit.

As BPA placed LOPEZ inside the patrol unit, LOPEZ's common-law wife, Maria De Los Angeles ZEPEDA, also uttered the following: "Sir, I have nothing to do with this, please, you can't arrest me, we have a little boy and I don't want him taken away from me."

BP Agents alerted the Bishop, Texas, Police Department as to the second vehicle involved, in an attempt to detain and investigate it, however, the vehicle was not located.

A total of seven (7) undocumented aliens were located on and under the rear seats of the GMC. All subjects, along with the vehicle, were transported to the Sarita Border Patrol Checkpoint for further processing.

Once at the Border Patrol Checkpoint, both LOPEZ and ZEPEDA were read their Miranda rights in the English Language (at their request) by Senior Patrol Agent Robert Crunk at 0540 hours. Both LOPEZ and ZEPEDA stated they understood their rights and wished to make a statement concerning the case without the presence of an attorney.

At approximately 0630 hours, Agent Marin proceeded to talk to both LOPEZ and ZEPEDA about the case, however, both now invoked their Miranda rights and all questioning ceased. LOPEZ and ZEPEDA were then escorted into a holding cell.

Material witness Miguel Angel ESPINAL-Gutierrez stated he left his native country of El Salvador on or about May 13, 2005. According to ESPINAL, he rode a bus north to Guatemala, where he entered legally. ESPINAL worked in Guatemala for approximately ten days so he could earn enough money to help him continue north towards the United States. ESPINAL then continued north after saving enough money to pay a smuggler to get him into the United States. ESPINAL then entered Mexico illegally by riding a freight train into the country and rode the freight train on and off for approximately ten days until he arrived in Reynosa, Tamaulipas, Mexico. There, ESPINAL met an unknown male individual who offered to help ESPINAL get to Houston, Texas, for a fee of $1,000.00.

On or about June 9, 2005, approximately four or five days after meeting this individual, ESPINAL, along with a group of undocumented aliens, waded across the Rio Grande River and entered the United States illegally, assisted by the same individual. ESPINAL and the group of aliens were driven to an unknown abandoned house where they stayed for several days. Approximately two or three days later, ESPINAL and the group were picked up by a truck and transported north, where they were instructed to exit the vehicle and run into the brush. Once in the brush, the male individual who smuggled them into the United States, met with the group and guided them through the brush for approximately two days. They eventually arrived at the highway, where this guide told the group to lie down near the highway and wait for an unknown vehicle to stop and pick them up. Approximately 10 minutes after arriving, all the aliens were picked up by the

green GMC. Once inside the GMC, LOPEZ instructed the group to lie down and not move. Approximately ten to fifteen minutes after getting into the vehicle, the GMC was stopped and they were apprehended.

Material Witness Melvin Orlando LARA stated he arrived in Reynosa, Tamaulipas, Mexico, on June 6, 2005, from his native country of Honduras. LARA stated that he walked along the railroad until he arrived at a residence and asked for water. LARA stated the resident, a woman named "Dona Maria", gave him water and told him that she knew a man named "El Pelon" who could bring him to the United States. According to LARA, approximately four hours later, a taxicab arrived and picked him up. LARA arrived at a residence where "El Pelon" was waiting for him. LARA made arrangements with "El Pelon" and agreed to pay him $1,600.00, in order to be smuggled into the United States. LARA paid him $400 and the rest would be paid in Houston, Texas.

LARA was then crossed through the Rio Grande River and taken to a house in McAllen, Texas. Three days later, LARA was transported north in a suburban along with 15 others undocumented aliens. LARA stated they walked through the brush for a day, guided by an unknown man, until they arrived at a tower near a highway. Approximately ten minutes later, they were all picked up by the GMC Yukon. LARA stated that he was able to see the driver and the passenger of the suburban several times. LARA stated when they were picked up, the driver told them not to get up to avoid being seen by police. Several minutes later, the female passenger told them to stay down and remain silent. LARA stated they drove for about 15 or 20 minutes, until being stopped by the Immigration Officers in Riviera, Texas. LARA stated that he is willing to testify in court in regards to this case and to identify the driver and the passenger of the suburban.

A criminal history record check conducted on Lorenzo LOPEZ revealed the following: FBI # 239975EBO, with a felony conviction on 10/15/1996, for Aggravated Robbery, in addition to multiple criminal offenses. While being initially questioned, LOPEZ admitted to be affiliated to the gang "Vallucos" "Sur".

Immigration queries conducted on the undocumented aliens in LOPEZ's vehicle revealed 5 of the 7 undocumented aliens were previously deported aliens. Of the seven, 4 were Honduran citizens and 3 were El Salvadoran citizens, and are listed as follow:

Mario del Carmen UMANZOR, (A95 041 132) is a citizen and national of El Salvador. UMANZOR displayed several tattoos, which are consistent with being affiliated, and or member of the "Mara Salvatrucha" (MS-13), an identified criminal organization. UMANZOR also admitted to having been a member of the El Salvadorian Gang. UMANZOR came back positive criminal and immigration history under FBI # 416228VB7 and a prior deport.

RODRIGUEZ-Velasquez, Miguel Angel (A98 554 723) FBI # 423609FC1 was found to be a citizen and national of Honduras and a prior deport.